Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MIGUEL CALDERON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-00007-DAD-BAM-5 |
| Plaintiff, | Defendant Calderon's Request to Exonerate Bond; Order |
| vs. | |
| MIGUEL CALDERON, | |
| Defendant. | |

1. Mr. Calderon Voluntarily Surrendered to Serve His Sentence and The Bond Securing His Release Should Be Exonerated

On August 19, 2020, Mr. Calderon was released from custody and allowed to remain free on bond. He was allowed to remain on bond after entering a guilty plea and after sentencing. Mr. Calderon followed through on his obligations; at sentencing he was ordered to self-report to the Bureau of Prisons on March 10, 2022 and he did so. According to the Bureau of Prisons website, Mr. Calderon is now serving his sentence. Consequently, the bond posted in his matter should be exonerated.

Dated:  March 29, 2022                                Respectfully submitted,

                                                              /s Kevin Rooney
                                                             KEVIN P. ROONEY
                                                             Attorney for defendant
                                                             MIGUEL CALDERON

1

Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MIGUEL CALDERON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-00007-DAD-BAM-5 |
| Plaintiff, | Order Exonerating Bond |
| vs. | |
| MIGUEL CALDERON, | |
| Defendant. | |

Pursuant to the Court's Conditions of Release, Miguel Calderon's sister, Irma Calderon, posted One Thousand Dollars ($1,000.00) security via Certified Check No. 0808706594 provided to this Court.

Miguel Calderon followed the Conditions of his release and has self-surrendered to serve his sentence.

The One Thousand Dollars ($1,000.00) bond which formerly secured the appearance of Mr. Calderon during his pretrial release in the above-entitled case shall be exonerated forthwith and the funds returned to Irma Calderon.

IT IS SO ORDERED.

Dated:  **April 1, 2022**          _Dale A. Drozd_
                                                            UNITED STATES DISTRICT JUDGE